# 8342

NO. 8342.

JOHN D. NIX, JR.

VS

JOS. PETRIE & CO., LTD.

STATE OF LOUISIANA

COURT OF APPEAL

PARISH OF ORLEANS

Court of Appeal,
PARISH OF ORLEANS
FILED DEC 12/31
Stansbury

8342

OPINION.

By his Honor John St. Paul.

This was an action for "slander of title". On Feby 21st we decided that Petrie & Co were the owners of the property involved.

On April 5th plaintiff caused said property to be seized under a writ of Fifa issued in a quasi hypothecary action instituted against Alexander Madison, a former owner of the property, to enforce payment of a claim against said Madison secured by mortgage and vendor's lien upon the property.

On May 23 Petrie & Co moved for a writ of possession herein, for the ostensible purpose of "executing" our decree of February 21st aforesaid, but in fact for the purpose of ousting the sheriff.

The writ was properly refused by the lower court. Defendant's right to possession as owner is subordinate to that of the sheriff under the writ. For defendant acquired the property subject to the mortgage even though that mortgage be now in litigation in the matter entitled Nix vs Madison, Nos 8389-8419 of our docket (in which a rehearing was denied this day). See Code of Practice Articles 61 to 74.

Judgment Affirmed.